IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

**BRUCE E. FREDRICS and PROFESSIONAL ADJUSTING & CONSULTING SERVICE, LLC**

    Plaintiffs,      CIVIL ACTION FILE

  -vs-          NO.:  **2:21-cv-133-SCJ**

MEREDITH CORPORATION,
LYLE BANKS, JOHN DOE INDIVIDUALS
and JOHN DOE BUSINESS ENTITIES,

    Defendants.

## NOTICE OF DISMISSAL

Come Now Plaintiffs, by and through their undersigned counsel and dismiss their case against all defendants with prejudice.

This 7th day of October, 2021.

            /s/ Ralph J. Villani
            **Ralph J. Villani, Esq.**
            GA Bar No. 727700

*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA 30501-2634

(TEL) 770.985.6773
(FAX) 770.979.5190

(Email) *ralphjvillani@gmail.com*
            Counsel for Plaintiffs.